The Honorable Marsha J. Pechman

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

NEWPORT YACHT CLUB, a
Washington nonprofit corporation,
individually and on behalf of its
members; WILLIAM S. WEINSTEIN and
LEANNE C. WEINSTEIN, and their
marital community,

Plaintiffs,

v.

THE CITY OF BELLEVUE, a
Washington municipal corporation,

Defendant.

NO. C09-0589 MJP

PRETRIAL ORDER

(PROPOSED)

9
10
11
12
13
14
15
16
17
18

## JURISDICTION

19

This Court has ancillary jurisdiction to enforce the Settlement

20

Agreement in Cause No. C03-2534Z, which the Court retained in entering the

21
22

order approving the Settlement Agreement and dismissing Cause No. C03-2534Z

23

with prejudice.

24
25
26

PRETRIAL ORDER - 1

## CLAIMS AND DEFENSES

The plaintiffs Newport Yacht Club and the Weinsteins intend to pursue the following claims for relief at trial against the defendant City of Bellevue ("Bellevue"):

      a.    Entry of an injunction requiring Bellevue to honor its obligations under the terms of the Settlement Agreement relating to the construction of a salmon habitat enhancement project.

      b.    An award of the money damages they have suffered as a result of Bellevue's failure to honor its obligations under the terms of the Settlement Agreement.

      c.    Entry of an injunction requiring Bellevue to cooperate in providing necessary permits to the Weinsteins.

      d.    An award of money damages suffered by the Weinsteins as a result of Bellevue's wrongful acts in thwarting or delaying issuance of necessary permits to the Weinsteins.

      e.    In the alternative to injunctive and monetary relief, rescission of the Settlement Agreement.

      f.    An award of their costs and attorneys' fees incurred in pursuing this action, as provided in Section 16 of the Settlement Agreement.

      g.    Such other relief as the Court may deem just, equitable and proper.

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1    Plaintiffs object to Bellevue's attempt to assert in this Pretrial Order

2    affirmative defenses of failure to exhaust administrative remedies, and lack of

3    standing by the NYC because Bellevue waived these defenses by not asserting

4    them in Bellevue's answer to the Amended Complaint. (Dkt. #57).  In addition,

5    these defenses are inconsistent with rulings previously made by the Court.

6

7    Defendant The City of Bellevue ("the City") expects to show at trial

8    that the things Plaintiffs Weinstein ("Weinstein") now contend are a "salmon habit

9    enhancement project" that the City failed to cooperate in the permitting of are, as

10    Weinstein alleged in their Complaint in this matter, a salmon hatchery, which is

11    not permitted in the residential zone under the Bellevue City Code, not salmon

12    habitat enhancement.  Additionally, those improvements were built in violation of

13    the permits that were issued to permit Weinstein to build a massive house on a lot

14    that he knew was more than 90% Class A wetland, wetland and riparian buffer

15    and structure setback, again in violation of City of Bellevue code, and under the

16    Settlement Agreement the City had no obligation to permit him to construct or

17    maintain those facilities on 75 Skagit Key.  The City also intends to pursue the

18    following affirmative defenses and claims for relief at trial:

19    a.    To the extent Plaintiff Weinstein has any claims related to

20    their house or that they were improperly denied final inspection of their house

21    until they complied with the conditions of their building permit, those claims are

22    barred by their failure to exhaust remedies required by Washington state law.

PRETRIAL ORDER - 3

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

b.     The Newport Yacht Club (NYC) lacks standing to pursue any remaining claims in this matter, as the Amended Complaint alleged only that the Weinsteins were entitled to relief related to paragraphs 7.2 and 7.4 of the Settlement Agreement and the NYC is not the real party in interest as to those claims.

c.     The City of Bellevue should recover its costs and attorneys' fees in this proceeding.

**ADMITTED FACTS**

The parties agree that the Settlement Agreement was entered into in 2004 in the form reflected in Exhibit 1.

**DISPUTED FACTS**

Plaintiffs contend as follows:

a.     Coal Creek is a stream that descends from Cougar Mountain into Coal Creek Park and then through the Newport Shores community into Lake Washington.  Coal Creek sustained significant salmon runs until those runs were depleted by runoff from mining and development.

b.     The Newport Yacht Club and the Weinsteins own property and navigable waterways adjacent to the mouth of Coal Creek.  The Newport Yacht Club is comprised of the residents of the Newport Shores community, through which Coal Creek flows.  Plaintiffs' properties have been adversely impacted for many years by the buildup of coal tailings and other sediments at the

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900

1   mouth of Coal Creek, in the navigable waters adjacent to the mouth of the creek,

2   and in the Newport Yacht Club's marina.  The coal tailings and other sediments

3
    also have effectively prevented any significant restoration of salmon runs in Coal
4

5   Creek.

6         c.      Plaintiffs brought an action in this Court in 2003 to address

7   their concerns regarding the management of Coal Creek, including claims under

8
    the Clean Water Act and other federal statutes.
9

10        d.      The parties to the 2003 action entered into a Settlement

11  Agreement.  That agreement was intended to resolve issues related to excess

12  sedimentation, pollution and salmon habitat impairment in Coal Creek.

13
          e.      Salmon enhancement was one of the central goals of both the
14

15  Newport Yacht Club and the Weinsteins in the Settlement Agreement.  To assure

16  that Bellevue would not impede salmon enhancement, plaintiffs required Bellevue

17  to agree not to oppose such projects, and to cooperate in the permitting for such

18
    projects, which were to be funded solely by private community members.
19

20        f.      In 2008, on behalf of and for the community including the

21  Newport Yacht Club, the Weinsteins constructed a salmon habitat enhancement

22  project on their property.  Bellevue withheld permitting and instead directed the

23
    Weinsteins to obtain an "equivalency" report to show that what they had built
24

25  was environmentally equivalent to what Bellevue contended it had approved.

26  The Weinsteins did obtain such a report but Bellevue rejected it and demanded

removal of the salmon habitat enhancement project in its then-present form.

g.     Bellevue now opposes the rearing of salmon on the

Weinsteins' property under any circumstances, refusing to honor its commitment

to the Newport Yacht Club and to the Weinsteins in the Settlement Agreement.

h.     Bellevue is in breach of contract in that: (i) it has opposed

and/or failed to cooperate in the permitting of the salmon habitat enhancement

project on the Weinsteins' property, despite the finding of environmental

equivalency; and (ii) it opposes the rearing of salmon fry on the Weinsteins'

property under any circumstances.

The City contends as follows:

a.     The Settlement Agreement fully and finally resolved any

claims by Plaintiffs against the City regarding sedimentation or flooding of Coal

Creek or their impact on salmon.

b.     Weinstein has a long history of violating Bellevue City code

(Code) on his property, forcing the City to take enforcement action against him,

then claiming that his violation of the City code was for the purpose of enhancing

habitat.

c.     The Settlement Agreement allowed Weinstein to construct

and maintain salmon habitat enhancements on his property, provided that any

duty by the City to cooperate with him or to issue permits for his salmon habitat

enhancements was expressly conditioned upon his proposal complying with City

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1   code.

2       d.      Weinstein's property at 75 Skagit Key contains one of the few

3   remaining Class A wetlands along Lake Washington. It is also bordered by Coal

4

5   Creek. Bellevue City Code in effect between 2001 and mid-2006 imposed a 50-foot

6   buffer from both the wetland and the creek, and a 25-foot structure setback

7   beyond those buffers. More than 90 percent of 75 Skagit Key is protected wetland,

8   wetland and riparian buffer and structure setback.

9

10      e.      Code provided for a "reasonable use exception" to avoid a

11  regulatory taking, called a "Protected Area Development Exception" (PADE).

12  Under a PADE the City can permit disturbance of up to 10% of a lot so that a

13  house can be constructed on residential property, so long as the intrusion into the

14

15  protected areas is the minimum necessary and adverse impacts to the protected

16  areas are mitigated as set forth in the PADE. A house could be built on 75 Skagit

17  Key only by obtaining and complying with a PADE. Construction of a house on

18  75 Skagit Key thereafter limited the use and development of the property to

19

20  compliance with the PADE.

21      f.      In 2001 the City of Bellevue issued a PADE to the then-owner

22  of 75 Skagit Key, John Yonich, over Weinstein's objection. The PADE included

23  13 conditions that were required if a house were built on 75 Skagit Key, designed

24

25  to protect the hydrologic, water quality, vegetation community and wildlife

26  habitat functions of both the wetland and riparian corridor and their respective

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900

1   setbacks and to limit the direct and edge effect impacts to the Type A wetland and

2   Coal Creek riparian forest community.

3

4            g.        Following the City's approval of the PADE, Weinstein

5   purchased 75 Skagit Key.  In 2006 Weinstein applied for a permit to build a house

6   on 75 Skagit Key.  He submitted plans to meet the conditions of the PADE, with a

7   detailed plan to preserve the entire remainder of 75 Skagit Key as natural area and

8

9   restore previously disturbed areas to become natural area, using a variety of

10  native trees and shrubs.  The City issued permits based on those plans.

11           h.        The City of Bellevue also approved plans for a flood control

12  berm and salmon channel.

13

14           i.         Thereafter Weinstein disturbed more than 6,000 square feet of

15  75 Skagit Key more than was allowed under the PADE, including installing a fish

16  hatchery in the area that was required to be a restored natural area, filling part of

17  the Class A wetland itself, and installing an artificial ditch discharging water

18  directly into Coal Creek that was meant to feed the wetland.  What Weinstein built

19  conflicted in multiple ways with the requirements of the PADE as well as other

20

21  provisions of Code.  A fish hatchery is not a permitted use in Bellevue's residential

22  zone.

23

24           j.         The City instituted an enforcement proceeding to require

25  Weinstein to bring 75 Skagit Key into compliance with the approved permits, the

26  PADE and Code.  In response, Weinstein and the NYC commenced this lawsuit.

HALL ZANZIG CLAFLIN McEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1                k.      Weinstein subsequently settled the code enforcement action

2  brought by the City by signing a Voluntary Correction Agreement ("VCA") in

3
4  which he stipulated that his improvements did not comply with City code and

5  agreed to remove those improvements that violated City code, including restoring

6  the pond's approved wetland mitigation functions and hydrology and removing

7  the discharge ditch to Coal Creek.

8
9                l.      The City has issued every permit Weinstein ever applied for

10  that complied with Code and was salmon habitat enhancement.  What he

11  requested that has not been approved was neither salmon habitat enhancement

12  nor in compliance the PADE, nor in compliance with Code.

13
                m.      NYC has no rights under Article 7 of the Settlement
14
15  Agreement.

16                            **ISSUES OF LAW**

17          Plaintiffs believe that the issues of law are as follows:

18               a.      Whether Bellevue has the discretion to permit the rearing of
19
20  salmon fry on the Weinsteins' property under applicable law.

21          Defendant believes the issues of law are as follows:

22               a.      Did what Weinstein constructed on 75 Skagit Key comply

23  with the City Code?
24
25               b.      Is any injunctive relief appropriate at this time, when there are

26  no permits pending and Weinstein has voluntarily removed the inlet ditch and

1  outlet ditch that he contended were part of his salmon hatchery and filled portions

2  of the pond and planted it with emergent vegetation as required by the PADE, so

3  that it meets the requirements of the Voluntary Correction Agreement that he

4  

5  entered into?

6      c.  Are any damages recoverable related to the Weinstein house?

7      d.  If any claims related to the Weinstein house remain, are they

8  

9  barred by Weinstein's failure to exhaust administrative remedies?

10      e.  Have Weinstein's claims been rendered moot by their

11  removal of the structures that they contended were a "salmon hatchery" without

12  ever having submitted a permit application for those structures?

13      f.  Does NYC have standing to pursue any claims under Article 7

14  

15  of the Settlement Agreement?

16              **EXPERT WITNESSES**

17      The names and addresses of the expert witnesses to be used by each

18  party at the trial and the issue upon which each will testify are:

19  

20      On behalf of plaintiffs:

21      (a)  A. William Way
         The Watershed Company

22           750 Sixth Street South
         Kirkland, WA  98033

23  

24           Will Testify
         Equivalency of the Weinstein Salmon Project at 75 Skagit Key

25  

26  

PRETRIAL ORDER - 10

1    (b)    Carl G. Hadley
            Cedarock Consultants, Inc.
2            19609 - 244th Avenue N.E.
3            Woodinville, WA 98077

4            Will Testify
            Suitability of the Weinstein Salmon Project for Rearing and
5            Releasing Juvenile Salmon

6    (c)    Wayne Daley
            Daley Design
7            1646 Jeannette Place
8            Bainbridge Island, WA 98110

9            Will Testify
            Suitability of the Weinstein Property for a Salmon
10           Enhancement Project

11

12           On behalf of the City:

13   (a)    Don E. Weitkamp
            Parametrix
14           411 - 108th Avenue NE, Suite 1800
15           Bellevue, WA 98004

16           Will Testify

17           Dr. Weitkamp will testify as an expert witness regarding what

18   salmon habitat enhancement requires and why the salmon hatchery that Plaintiffs

19   Weinstein constructed on their property at 75 Skagit Key is not a salmon habitat
20

21   enhancement project. He will also testify that because of the way it was

22   constructed and the loss of riparian vegetation that it caused, the salmon channel

23   enhancements that Plaintiffs Weinstein constructed in Coal Creek itself in 2007

24   have marginal, if any, value in improving salmon habitat in Coal Creek, and that
25

26   the greatest opportunity for enhancing salmon habitat on the Weinstein properties

PRETRIAL ORDER - 11

1   would be to provide riparian vegetation on the south bank of Coal Creek on

2   73 Skagit Key, where instead the creek was armored with sand bags and rockery

3   and was devoid of native vegetation.

4

5           (b)     Carol Helland
                    City of Bellevue
6                   450 - 110th Avenue NE
                    Bellevue, WA  98004
7
                    Will Testify
8
                    City Process and Procedures
9
                            **OTHER WITNESSES**
10

11          The names and addresses of witnesses, other than experts, to be used

12   by each party at the time of trial and the general nature of the testimony of each

13   are:

14
            On behalf of plaintiffs:
15

16          (a)     Steven W. Cole
                    Newport Yacht Club
17                  81 Skagit Key
                    Bellevue, WA  98006
18
                    Will Testify
19
                    Intent and negotiation of the Settlement Agreement.
20

21                  Bellevue's failure to honor its obligations under the
                    Settlement Agreement.
22
                    Efforts to restore salmon to Coal Creek.
23
                    Impacts of Bellevue's actions.
24

25

26

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1

2

3

    (b)    Wayne Daley
Daley Design
1646 Jeannette Place
Bainbridge Island, WA  98110

4

              Will Testify

5

6

              Salmon habitat enhancement projects for the Weinsteins'
property.

7

8

              Bellevue's knowledge of proposed salmon projects on the
Weinstein's property.

9

              Impacts of Bellevue's actions.

10

11

12

    (c)    Catherine Drews
City of Bellevue
450 - 110th Ave. N.E.
P.O. Box 90012
Bellevue, WA  98009

13

              Will Testify

14

15

              Bellevue's unwillingness to allow a salmon-rearing project at
the mouth of Coal Creek.

16

17

18

              Bellevue's opposition to and/or unwillingness to cooperate in
the permitting for the salmon project as built on the
Weinsteins' property.

19

20

              The necessary elements of a salmon habitat enhancement
project.

21

22

    (d)    Stephen Faloon
Newport Yacht Club
81 Skagit Key
Bellevue, WA  98006

23

              Will Testify

24

              Intent and negotiation of the Settlement Agreement.

25

26

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900

Bellevue's failure to honor its obligations under the Settlement Agreement.

Efforts to restore salmon to Coal Creek.

Impacts of Bellevue's actions.

(e)     Carol Helland
City of Bellevue
450 - 110th Ave. N.E.
P.O. Box 90012
Bellevue, WA  98009

Will Testify

Bellevue's unwillingness to allow a salmon-rearing project at the mouth of Coal Creek.

Bellevue's lack of knowledge regarding the terms, meaning and intent of the Settlement Agreement.

Bellevue's opposition to and/or unwillingness to cooperate in the permitting for the salmon project as built on the Weinsteins' property.

Bellevue's refusal to accord meaning to its cooperation and non-opposition obligations.

(f)     Dr. Paul Nichol
Newport Yacht Club
81 Skagit Key
Bellevue, WA  98006

Will Testify

Intent and negotiation of the Settlement Agreement.

Bellevue's failure to honor its obligations under the Settlement Agreement.

Efforts to restore salmon to Coal Creek.

Impacts of Bellevue's actions.

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

(g)   Michael Paine
City of Bellevue
450 - 110th Ave. N.E.
P.O. Box 90012
Bellevue, WA  98009

Will Testify

Bellevue's knowledge of plans for a salmon habitat
enhancement project on the Weinsteins' property.

Bellevue's unwillingness to allow a salmon-rearing project at
the mouth of Coal Creek.

Bellevue's opposition to and/or unwillingness to cooperate in
permitting for the salmon project as built on the Weinsteins'
property.

(h)   William Shiels
Talasaea Consultants, Inc.
15020 Bear Creek Road N.E.
Woodinville, WA  98077

Will Testify

Efforts to make the salmon project on the Weinsteins'
property acceptable to Bellevue.

Appropriate development of a wetlands site and the
suitability of the Weinstein property for a salmon-rearing
project.

Unwillingness of Bellevue to allow a salmon-rearing project
on the Weinstein property.

Nature of the salmon project as it existed in 2008, the
subsequent modifications made to the property, and its
current state.

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101  206.292.5900

1

2

3   (i)   Scott Taylor
          City of Bellevue
          450 - 110th Ave. N.E.
          P.O. Box 90012
          Bellevue, WA  98009

4

5         Will Testify

6         Bellevue's lack of knowledge regarding the terms, meaning
          and intent of the Settlement Agreement.

7   (j)   Roger L. Urbaniak
          4112 - 78th Avenue S.E.
8         Mercer Island, WA  98040

9         Will Testify

10

11        Placement of salmon eggs in the Lake Washington basin,
          including in streams in Bellevue.

12        Availability of salmon eggs for a salmon project on the
13        Weinstein property.

14        Suitability of the Weinstein property for salmon incubation
15        and rearing.

16  (k)   A. William Way
          The Watershed Company
17        750 Sixth Street South
18        Kirkland, WA  98033

19        Will Testify

20        Suitability and equivalency of the salmon project built at 75
21        Skagit Key.

22        Bellevue's opposition to and/or lack of cooperation in
          permitting for the salmon project as built at 75 Skagit Key.

23

24  (l)   William S. Weinstein
          75 Skagit Key
25        Bellevue, WA  98006

26        Will Testify

PRETRIAL ORDER - 16

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1    Intent and negotiation of the Settlement Agreement.

2    Bellevue's opposition to and/or lack of cooperation in
3    permitting for salmon projects at 75 Skagit Key.

4    Efforts to restore salmon to Coal Creek.

5    Impacts of Bellevue's actions.

6    Plaintiffs reserve the right to call any of the witnesses listed by

7
8    Bellevue.

9    On behalf of the City:

10    To the extent that they have not testified in the Plaintiffs' case, the

11    City will call the following witnesses:

12
            (a)    Scott Taylor
13                 Bellevue City Hall
14                 450 - 110th Ave. NE
                   P.O. Box 90012
15                 Bellevue, WA  98009

16    Mr. Taylor will testify about some of Weinstein's code

17    enforcement actions, the negotiations of the Settlement Agreement, and
18
19    Weinstein's early proposals for salmon habitat enhancement.  In addition he may

20    testify in rebuttal to opinions offered by Plaintiffs' experts William Way and

21    Wayne Daley.

22
23            (b)    Carol Helland
                     Bellevue City Hall
24                   450 - 110th Ave. NE
25                   P.O. Box 90012
                     Bellevue, WA  98009
26

HALL ZANZIG CLAFLIN McEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1            Ms. Helland will testify about Weinstein's historic code

2    violations, the PADE, the applications that Plaintiffs Weinstein have filed with the

3
4    City of Bellevue for development of their properties on 73 and 75 Skagit Key and

5    the City of Bellevue's processing and issuance of those permits, the requirements

6    of the Protected Area Development Exception (PADE) governing the property at

7    75 Skagit Key, Plaintiff Weinstein's failure to comply with City code in the

8
9    construction of improvements on 75 Skagit Key, Plaintiff Weinstein's failure to

10   construct the flood control berm on 73 Skagit Key as required by paragraph 6.1 of

11   the Settlement Agreement until the summer of 2011, the ways in which the salmon

12   hatchery that Plaintiffs Weinstein constructed on 75 Skagit Key fails to comply

13
14   with Bellevue city code and the ways in which his proposal to again install a

15   salmon hatchery on 75 Skagit Key violates city code.  She will testify about what

16   constitutes habitat enhancement under the Bellevue city code and why the

17   features that were required to be removed under the VCA are not habitat

18
19   enhancement under the code.  She may also testify concerning why the

20   "Equivalency Report" that was submitted by Plaintiffs Weinstein in 2007 did not

21   show that what had been constructed was "functionally equivalent" to the

22   mitigation that was required in order to comply with the conditions on the PADE,

23
24   and in fact violated the specific provisions of several conditions of the PADE.  She

25   will testify about various provisions of the code and how those provisions are

26   interpreted by the City of Bellevue.

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1
2
3
4

        (c)     Catherine Drews
                 City of Bellevue
                 450 - 110th Ave. NE
                 P.O. Box 90012
                 Bellevue, WA  98009

5
6
7
8
9
10
11
12
13
14
15
16
17

        Catherine Drews will testify about why the City requested the

Equivalency Report, why it did not show that what Weinstein had constructed

was functionally equivalent to the wetland and riparian buffer enhancement

required by the PADE, about the negotiation of the Voluntary Correction

Agreement, why Weinstein's proposal to keep the pond as a large open area failed

to provide mitigation of the edge and border effects of residential development

within a wetland and riparian buffer as required by the PADE, why Weinstein's

proposal to continue to discharge water from the pond directly into Coal Creek

failed to protect the hydrology of the wetland as required by the PADE, and why

placing an egg box in an artificial structure with no connection to Coal Creek is

not salmon habitat enhancement.

18
19
20

        (d)     Don E. Weitkamp
                 Parametrix
                 411 - 108th Avenue NE, Suite 1800
                 Bellevue, WA  98004

21

        Testimony described above.

22
23

        To the extent that he has not testified during the Plaintiffs' case, the

City may call:

24
25
26

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1               Michael Paine
City of Bellevue
2               450 110th Avenue NE
3               P.O. Box 90012
Bellevue, WA  98009

4

5               Possible Witness Only

6               Michael Paine may testify about the PADE, Weinstein's

7 historic code violations, the negotiation and approval of the Natural Areas

8 Enhancement Plan, compliance with which formed the basis for the City's
9
10 approval of a permit for Weinstein's house on 75 Skagit Key, why the facilities

11 actually constructed on 75 Skagit Key were not functionally equivalent to the

12 Natural Areas Enhancement Plan and failed to comply with the PADE, and why

13 Weinstein's proposal for a large pond supplied with industrially purified water,
14
15 discharging ground water and storm water from 75 Skagit Key directly into Coal

16 Creek is not a salmon habitat enhancement, and does not comply with the

17 conditions of the PADE.

18               The City will call the following witnesses only if needed in order to
19
20 address an issue that arose during the Plaintiffs' case which the witnesses listed

21 above cannot address:

22         (a)    Kit Paulsen
City of Bellevue
23               450  110th Ave. NE
24               P.O. Box 90012
Bellevue, WA  98009
25

26               Possible Witness Only

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1              Kit Paulsen may testify regarding the difference between

2   salmon habitat and a salmon hatchery.  She may also respond to claims by

3   Plaintiffs in their case in chief regarding communications that various Plaintiff

4

5   witnesses may have had with her, or regarding the condition of salmon spawning

6   in Coal Creek.

7              (b)     Buck Harrison

8                          City of Bellevue
                          450 110th Ave. NE

9                          P.O. Box 90012

10                         Bellevue, WA 98009

11                         Possible Witness Only

12             Mr. Harrison will testify if necessary to lay the foundation for

13  admission of the graphic he has prepared overlaying the boundaries of 75 Skagit

14

15  Key and the wetland delineations and buffers and setbacks onto historic and

16  current aerial photos of 75 Skagit Key and determining the area of wetland buffer

17  and wetland that Plaintiffs Weinstein have filled without permits.

18             (c)     Aaron Roden

19                         City of Bellevue
                          450 110th Ave. NE

20                         P.O. Box 90012

21                         Bellevue, WA 98009

22                         Possible Witness Only

23             Mr. Roden may testify to explain why the deviations from the

24  approved permits for 75 Skagit Key were not discovered by the City of Bellevue

25

26  until the fall of 2008, and that after being told to submit a correction, Plaintiffs

HALL ZANZIG CLAFLIN McEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1    Weinstein continued construction of improvements in deviation from the

2    approved permits, which the City was not aware of until it was able to conduct a

3    site visit in the spring of 2009.

4

5                              **EXHIBITS**

6              Following is the status of exhibits designated by the plaintiffs and by

7    the defendant.  A complete listing of those exhibits, showing into which category

8    each exhibit falls and including a description of each such exhibit, is attached to

9    this Pretrial Order as Exhibit A.

10

11              (a)      Admissibility Stipulated:

12              Plaintiffs' Exhibits:  1, 4–6, 10, 11, 27, 31, 34–40, 44, 45, 47–50, 54–56,

13    59, 61–63, 75, 80, 83, 85, 88, 89, 93–96, 129, 133, 136, 142, 147, 159, 161–163, 172, 173,

14    176–178.

15

16              Defendant's Exhibits:  314, 316, 319–322, 327–334, 336, 337, 341, 342,

17    344, 345, 347–355, 357–362, 395.

18              (b)      Authenticity Stipulated; Admissibility Disputed

19              Plaintiffs' Exhibits:  9, 12–14, 20–24, 30, 42, 43, 46, 53, 58, 60, 64–74, 76,

20    77, 79, 81, 82, 84, 86, 91, 94, 98–100, 105, 106, 109–111, 113, 116, 117, 119, 122–128,

21

22    130–132, 134, 135, 137, 138, 140, 145, 152–158, 160, 164, 168–171.

23              Defendant's Exhibits:  301–313, 315, 317, 318, 323–326, 335, 338–340,

24    343, 346, 356, 363–394, 396–402.

25

26

PRETRIAL ORDER - 22

1        (c)    Authenticity and Admissibility Disputed:

2        <u>Plaintiffs' Exhibits</u>: 2, 3, 7, 8, 15–19, 25, 26, 28, 29, 32, 33, 41, 52, 57, 70,

3
4    78, 87, 90, 92, 97, 101–104, 107, 108, 112, 114, 115, 118, 120, 121, 139, 141, 143, 144,

5    146, 148–151, 165–167, 174, 175, 179–210.

6        <u>Defendant's Exhibits</u>:  None.

7        **ACTION BY THE COURT**

8        (a)    This case is scheduled for trial without a jury on March 5,
9
10   2012 at 9:00 a.m.

11       (b)    Trial briefs, proposed findings of fact and conclusions of law

12   shall be submitted to the Court on or before February 10, 2012.  Trial exhibits will

13   be submitted to the Court on or before March 2, 2012.
14
15       (c)    Pretrial Rulings.  The Court has denied the defendant's

16   motion for summary judgment as reflected in its Order Denying Defendant's

17   Motion for Summary Judgment of November 9, 2011 (Dkt. #164).  The Court has

18   stricken Plaintiffs' claim for declaratory judgment asserted in the draft pretrial
19
20   order (Dkt. # 197).  The Court has ruled on motions in limine, which rulings are

21   set forth in Order on Motions in Limine, dated January 27, 2012 (Dkt. #189).  The

22   Court has made certain rulings regarding procedures for trial, which rulings are

23   set forth in a Minute Entry, dated January 27, 2012 (Dkt. #190).
24
25       This order has been approved by the parties as evidenced by the

26   signatures of their counsel.  This order shall control the subsequent course of the

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

1   action unless modified by a subsequent order.  This order shall not be amended

2   except by order of the Court pursuant to agreement of the parties or to prevent

3   manifest injustice.

4           DATED this _____ 2 _____ day of _____ March _____, 2012.

5

6

7

8                                  The Honorable Marsha J. Pechman
                                   United States District Judge

9

10  FORM APPROVED:

11  LAWRENCE KAHN
    LAW GROUP, P.S.

12

13  By___/s/ Lawrence M. Kahn_____
14      Lawrence M. Kahn, WSB No. 29639
    Attorney for Plaintiff Newport Yacht Club
15

16  HALL ZANZIG CLAFLIN
    McEACHERN PLLC

17

18

19  By___/s/ Spencer Hall_____
        Spencer Hall, WSB No. 6162
20      Arthur C. Claflin, WSB No. 5475
    Attorneys for Plaintiff Weinsteins
21

22  GRAHAM & DUNN PC

23

24  By___/s/ Elaine L. Spencer_____
        Elaine L. Spencer, WSB No. 6963
25  Attorneys for Defendant City of Bellevue

26

PRETRIAL ORDER - 24

1   CITY OF BELLEVUE

2

3   By___/s/ Cheryl A. Zakrzewski_____
     Cheryl A. Zakrzewski, WSB No. 15906
4      Assistant City Attorney
   Attorneys for Defendant City of Bellevue
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HALL ZANZIG CLAFLIN MCEACHERN
1200 Fifth Ave., Suite 1414, Seattle, WA 98101   206.292.5900

# EXHIBIT A

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|---|---|---|
| 1 | 08/08/04 | Settlement Agreement and Release by and between The Newport Yacht Club, William S. Weinstein and Leanne C. Weinstein and the City of Bellevue. (Taylor Dep. Ex. 2) | X | | |
| 2 | 12/12/08 | Environmental Equivalency Report The Weinstein Residence prepared for The City of Bellevue on behalf of William S. Weinstein by The Watershed Company. (Chulsky Dep. Ex. 6) | | | X |
| 3 | 11/21/08 | Letter from Catherine Drews to David Bricklin. (Chulsky Dep. Ex. 3) | | | X |
| 4 | 01/20/09 | Letter from Catherine Drews to David Bricklin. (Chulsky Dep. Ex. 2) | X | | |
| 5 | 03/06/09 | Letter from Spencer Hall to Myrna Basich. | X | | |
| 6 | 04/23/09 | Letter from Lacey Madche to David Bricklin, Lawrence Kahn and Spencer Hall. | X | | |
| 7 | 11/20/08 | Weinstein Final Approval on Single Family Building Permit Agenda. (Chulsky Dep. Ex. 4) | | | X |
| 8 | 11/20/08 | E-mail from Carol Helland to Wes Jorgenson, Scott Taylor, Michael Paine, Leah Hyatt, Catherine Drews and Lacey Madche. (Drews Dep. Ex. 5) (DSD001379) | | | X |
| 9 | 11/26/08 | E-mail from Catherine Drews to Carol Helland and Michael Paine. (Drews Dep. Ex. 6) (DSD001451) | | X | |
| 10 | 12/04/08 | Letter from Lacey Madche to David Bricklin and Lawrence Kahn. (Drews Dep. Ex. 7) (DSD001632-1636) | X | | |
| 11 | 03/02/09 | Letter from Catherine Drews to David Bricklin. (Drews Dep. Ex. 9) (DSD001272-1273) | X | | |
| 12 | 03/18/09 | E-mail from Catherine Drews to Matthews Jackson. (Drews Dep.Ex. 10) (DSD003788) | | X | |
| 13 | 10/13/09 | E-mail from Catherine Drews to Paul Anderson. (Drews Dep. Ex. 11) | | X | |

# PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|--------------------------|-----------------------------------------------|-------------------------------------------|
| 14 | 10/16/09 | E-mail from Paul Anderson to Lori Lull. (Drews Dep. Ex. 12) | | X | |
| 15 | 03/30/09 | E-mail from Lacey Madche to Council. (Helland Dep. Ex. 3) (DSD001991-1993) | | | X |
| 16 | | Court Excluded Exhibit | | | |
| 17 | 08/21/06 | E-mail from Joy Ramshur to Scott Taylor. (Chulsky Dep. Ex. 5) | | | X |
| 18 | 01/19/05 | Pre-App Meeting List of Attendees. (Paine Dep. Ex. 1) | | | X |
| 19 | 01/05/05 | Letter from Thomas Mueller regarding Pre-Application Meeting scheduled for January 19, 2005. (Paine Dep. Ex. 2) | | | X |
| 20 | 03/26/07 | E-mail from Dan Nickel to Michael Paine. (Paine Dep. Ex. 2A) (DSD003763-3764) | | X | |
| 21 | 11/27/06 | E-mail from Carol Helland to Michael Paine. (Paine Dep. Ex. 3) | | X | |
| 22 | 11/20/08 | E-mail from Heidi Bedwell to Michael Paine. (Paine Dep. Ex. 4) (DSD001361) | | X | |
| 23 | 11/25/08 | E-mail from City Hall Events to Michael Paine. (Paine Dep. Ex. 5) (DSD001498) | | X | |
| 24 | 02/11/09 | E-mail from Michael Paine to Susan Powell. (Paine Dep. Ex. 6) (DSD001683) | | X | |
| 25 | 03/22/07 | E-mail from Aaron Roden to Kathie Gillis, Keayleen McDaniels, Roberta Oh and Debra Orr-Miscoe. (Roden Dep. Ex. 1) (DSD002168, 2170, 2191, 2180, 2185 and 2182) | | | X |
| 26 | 04/02/07 | E-mail from Bill Way to Aaron Roden and Leah Hyatt. (Roden Dep. Ex. 2) (DSD002153-2159) | | | X |
| 27 | 10/08/08 | Inspection Notice by Aaron Roden. (Roden Dep. Ex. 3) | X | | |

# PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissible | Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|---|---|---|---|
| 28 | 00/00/00 | Response to Request for Production No. 19. (Zakrzewski Dep. Ex. 5) | | | | X |
| 29 | 09/15/09 | Letter from Cheryl Zakrzewski to David Bricklin, Lawrence Kahn and Spencer Hall. (Zakrzewski Dep. Ex. 6) | | | | X |
| 30 | 11/05/08 | E-mail from Dave Bricklin to Michael Paine. (Zakrzewski Dep. Ex. 7) | | | X | |
| 31 | 01/31/01 | City of Bellevue Department of Planning and Community Development Land Use Division Staff Report. | X | | | |
| 32 | 05/09/03 | Letter from David Bricklin to Mayor Connie Marshall. | | | | X |
| 33 | 05/23/03 | Letter from Joseph Rochelle to Connie Sue Martin. | | | | X |
| 34 | 05/06/04 | Letter from John Houlihan to David Bricklin, Elaine Spencer, Joseph Rochelle and Beth Ginsberg. | X | | | |
| 35 | 06/19/04 | E-mail from Elaine Spencer to Marilyn Nitteberg, Scott Taylor and Brad Miyake. | X | | | |
| 36 | 06/28/04 | Plaintiffs' Draft Proposed Settlement Deal Points. | X | | | |
| 37 | 07/02/04 | City of Bellevue's Draft Proposed Settlement Deal Points with fax transmittal letter from John Houlihan to David Bricklin and Bill Weinstein. | X | | | |
| 38 | 07/26/04 | E-mail from Elaine Spencer to Marilyn Nitteberg, Scott Taylor and Brad Miyake. | X | | | |
| 39 | 07/26/04 | Plaintiffs' Draft Proposed Settlement Agreement. | X | | | |
| 40 | 07/28/04 | Defendants' Revision regarding Settlement Agreement. | X | | | |
| 41 | 00/00/11 | CD prepared by Newport Yacht Club titled "A Neighborhood Saving Coal Creek." | | | | X |

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---|---|---|---|---|---|
| 42 | 11/03/04 | Dredge Escrow Agreement by and among The Newport Yacht Club, Inc., The City of Bellevue Washington, and Stewart Title Insurance Company, Inc. | | X | |
| 43 | 11/15/04 | E-mail from Wayne Daley to Kit Paulsen. | | X | |
| 44 | 11/16/04 | E-mail from Wayne Daley to Kit Paulson. | X | | |
| 45 | 11/24/04 | Letter from Michael Paine to Bill Weinstein. | X | | |
| 46 | 11/29/04 | E-mail from Wayne Daley to Kit Paulsen. | | X | |
| 47 | 11/29/04 | E-mail from Scott Taylor to Aberlardo Santos, Regan Sidie and Kit Paulsen. | X | | |
| 48 | 12/06/04 | E-mail from Wayne Daley to Kit Paulsen. | X | | |
| 49 | 12/09/04 | Letter from Mary Kate Berens to David Bricklin. | X | | |
| 50 | 12/14/04 | E-mail from Wayne Daley to Kit Paulsen. | X | | |
| 51 | 12/27/04 | Letter from Wayne Daley to Susan Powell. | | X | |
| 52 | 12/28/04 | Letter from Wayne Daley to William Weinstein. | | | X |
| 53 | 01/12/05 | E-mail from Michael Paine to Kit Paulsen. | | X | |
| 54 | 02/00/05 | Letter from Wayne Daley to Michael Paine. | X | | |
| 55 | 06/07/05 | E-mail from Kit Paulsen to Michael Paine and Scott Taylor. | X | | |
| 56 | 01/24/06 | E-mail from Michael Paine to Jim Gough. | X | | |

**PLAINTIFFS' TRIAL EXHIBITS**

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|---------|---------|---------|
| 57 | 02/21/06 | E-mail from Kit Paulsen to Damon Diessner. | | | X |
| 58 | 03/13/06 | E-mail from Michael Paine to Leah Porco. | | X | |
| 59 | 03/21/06 | Draft Biological Evaluation prepared for the U.S. Army Corps of Engineers on behalf of William Weinstein by The Watershed Company. | X | | |
| 60 | 03/24/06 | Letter from Amy Myers to U.S. Army Corps of Engineers. | | X | |
| 61 | 05/23/06 | Memorandum from Mark Indrebo to Michael Paine. | X | | |
| 62 | 06/02/06 | City of Bellevue Department of Planning and Community Development Services Land Use Staff Report, Environmental Review and State Environmental Policy Act Threshold Determination. | X | | |
| 63 | 06/02/06 | City of Bellevue Department of Planning & Community Development Application for Land Use Approval. | X | | |
| 64 | 06/22/06 | E-mail from Michael Paine to Heidi Bedwell, Drew Folsom, Leah Hyatt, Mary Jo McArdle, Matthews Jackson, Michael Paine, Morgan Nichols and David Pyle. (DSD003561-3562) | | X | |
| 65 | 06/29/06 | E-mail from Ruth Densley to Karen Spaulding. (DSD003834-3840) | | X | |
| 66 | 07/06/06 | E-mail from Brian Ward to Leah Hyatt, Michael Paine, Scott Taylor and Rick Watson. (Attached memorandum has wrong date because of the auto date feature in the document) | | X | |
| 67 | 07/10/06 | E-mail from Savina Uzunow to Leah Hyatt. | | X | |
| 68 | 08/28/06 | E-mail from Michael Paine to Leah Hyatt. | | X | |

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|--------------------------|-----------------------------------------------|-------------------------------------------|
| 69 | 10/10/06 | E-mail from Joy Ramshur to Kit Paulsen. | | X | |
| 70 | 11/13/06 | E-mail from Rick Watson to Wes Jorgenson, Pam Maloney and Kit Paulsen. | | | X |
| 71 | 11/14/06 | E-mail from Michael Paine to Leah Hyatt. (DSD002971-2988) | | X | |
| 72 | 11/27/06 | E-mail from Michael Paine to Leah Hyatt. | | X | |
| 73 | 11/27/06 | E-mail from Leah Hyatt to Michael Paine. (DSD003606) | | X | |
| 74 | 11/30/06 | E-mail from Ruth Densley to Tom Miller. (DSD002016-2023) | | X | |
| 75 | 02/13/07 | Letter from Susan Powell to William Weinstein. | X | | |
| 76 | 03/08/07 | E-mail from Michael Paine to Leah Hyatt and Patti Wilma. (DSD002242-2246) | | X | |
| 77 | 03/14/07 | E-mail from Carol Orr to Leah Hyatt. | | X | |
| 78 | 03/22/07 | E-mail from Michael Paine to Carol Helland. (DSD002256-2261) | | | X |
| 79 | 03/22/07 | E-mail from Michael Paine to Carol Helland. (DSD002253-2254) | | X | |
| 80 | 03/26/07 | Letter from Carol Helland to Bill Weinstein. | X | | |
| 81 | 03/26/07 | E-mail from Carol Helland to David Bricklin. (DSD002247-2252) | | X | |
| 82 | 03/26/07 | E-mail from Michael Paine to Dan Nickel. | | X | |
| 83 | 04/01/07 | E-mail from Bill Way to William Weinstein. | X | | |

**PLAINTIFFS' TRIAL EXHIBITS**

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|:---:|:---:|:---:|
| 84 | 05/11/07 | E-mail from Scott Taylor to Joseph O'Leary. | | X | |
| 85 | 05/17/07 | E-mail from Bob at Arborview to William Weinstein. | X | | |
| 86 | 07/10/07 | E-mail from Michael Paine to Leah Hyatt. | | X | |
| 87 | 07/11/07 | E-mail from Leah Hyatt to Michael Paine. | | | X |
| 88 | 07/16/07 | Washington Department of Fish and Wildlife Hydraulic Project Approval. | X | | |
| 89 | 10/31/07 | E-mail from Aaron Bosworth to Bruce Jensen. | X | | |
| 90 | 12/04/07 | E-mail from Michael Paine to Leah Hyatt. | | | X |
| 91 | 02/29/08 | E-mail from David Pyle to Michael Paine. | | X | |
| 92 | 10/20/08 | E-mail from Lee Rotramel to Bill Way. | | | X |
| 93 | 10/23/08 | E-mail from Leah Hyatt to Michael Paine. (DSD003782) | X | | |
| 94 | 11/04/08 | E-mail from Michael Paine to Bill Way. | | X | |
| 95 | 11/05/08 | E-mail from Michael Paine to David Bricklin and Bill Way. | X | | |
| 96 | 11/18/08 | Letter from David Bricklin to Myrna Basich. (DSD001380-1382) | X | | |
| 97 | 11/21/08 | Letter from Catherine Drews to David Bricklin with Exhibits A, B and C. | | | X |
| 98 | 11/21/08 | E-mail from Michael Paine to Heidi Bedwell. (DSD001639) | | X | |

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|---|---|---|
| 99 | 11/21/08 | E-mail from Catherine Drews to Sharon Taylor. (DSD000543-544) | | X | |
| 100 | 11/21/08 | E-mail from Catherine Drews to Carol Helland. (DSD000040) | | X | |
| 101 | 11/24/08 | E-mail from Mary Kate Berens to Catherine Drews and Lacey Madche. (DSD000102-105) | | | X |
| 102 | 11/24/08 | E-mail from Myrna Basich to Michelle Murphy. (DSD001774-1775) | | | X |
| 103 | 11/24/08 | E-mail from Carol Helland to Mary Kate Berens, Catherine Drews and Lacey Madche. (DSD000010) | | | X |
| 104 | 11/24/08 | E-mail from Carol Helland to Mike Brennan. (DSD000001-3) | | | X |
| 105 | 11/25/08 | E-mail from David Bricklin to Bill Way. | | X | |
| 106 | 11/26/08 | E-mail from Bill Way to David Bricklin. | | X | |
| 107 | 12/04/08 | E-mail from Dennis Vidmar to Lacey Madche, Wes Jorgenson and Navdeep Otal. (DSD000887-888) | | | X |
| 108 | 12/12/08 | E-mail from David Bricklin to Catherine Drews. (DSD001385-1449) | | | X |
| 109 | 12/12/08 | E-mail from Catherine Drews to Carol Helland. (DSD000133-198) | | X | |
| 110 | 12/12/08 | E-mail from Catherine Drews to Lacey Madche. (DSD000308-373) | | X | |
| 111 | 12/15/08 | E-mail from Lacey Madche to Lori Riordan. (DSD000808-873) | | X | |
| 112 | 12/15/08 | E-mail fro Lacey Madche to Dennis Vidmar, Wes Jorgenson, Navdeep Otal, Scott Taylor and Bruce Jensen. (DSD000907-972) | | | X |

**PLAINTIFFS' TRIAL EXHIBITS**

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|------|------|------|
| 113 | 12/24/08 | E-mail from Dave Bricklin to William Weinstein and Bill Way. | | X | |
| 114 | 12/29/08 | E-mail from Catherine Drews to Carol Helland and Michael Paine. (DSD001748) | | | X |
| 115 | 12/30/08 | E-mail from Catherine Drews to Michael Paine. (DSD000387-452) | | | X |
| 116 | 12/30/08 | E-mail from Bill Way to William Weinstein and David Bricklin. | | X | |
| 117 | 12/31/08 | E-mail from Catherine Drews to Lacey Madche. (DSD000378) | | X | |
| 118 | 12/31/08 | E-mail from Lacey Madche to Lori Riordan. (DSD000997) | | | X |
| 119 | 12/31/08 | E-mail from David Bricklin to Catherine Drews. | | X | |
| 120 | 12/31/08 | E-mail from David Bricklin to Catherine Drews. (DSD000017-18) | | | X |
| 121 | 01/03/09 | E-mail from Carol Helland to Catherine Drews. (DSD000096-97) | | | X |
| 122 | 01/06/09 | E-mail from Catherine Drews to Carol Helland and Michael Paine. (DSD000041-42) | | X | |
| 123 | 01/07/09 | E-mail from Catherine Drews to David Bricklin. (DSD000775-776) | | X | |
| 124 | 01/07/09 | E-mail from Catherine Drews to Leah Hyatt. (DSD003823-3824) | | X | |
| 125 | 01/07/09 | E-mail from David Bricklin to Catherine Drews. | | X | |
| 126 | 01/07/09 | E-mail from Catherine Drews to David Bricklin. (DSD000660-662) | | X | |
| 127 | 01/08/09 | Letter from David Bricklin to Catherine Drews. | | X | |

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|:---:|:---:|:---:|
| 128 | 01/08/09 | E-mail from Catherine Drews to Carol Helland and Michael Paine. (DSD000048-52) | | X | |
| 129 | 01/08/09 | E-mail from Catherine Drews to David Bricklin. (DSD000019-21) | X | | |
| 130 | 01/08/09 | E-mail from Catherine Drews to Michael Paine. (DSD000621-624) | | X | |
| 131 | 01/20/09 | E-mail from Catherine Drews to Leah Hyatt. (DSD000770-774) | | X | |
| 132 | 01/29/09 | E-mail from Carol Helland to Leah Hyatt. (DSD000006-7) | | X | |
| 133 | 02/06/09 | Letter from Catherine Drews to David Bricklin. | X | | |
| 134 | 02/06/09 | E-mail from Catherine Drews to David Bricklin. (DSD000766-768) | | X | |
| 135 | 02/11/09 | E-mail from Michael Paine to Carol Helland. (DSD000053) | | X | |
| 136 | 02/20/09 | Letter from David Bricklin to Catherine Drews. | X | | |
| 137 | 02/23/09 | E-mail from Catherine Drews to Sharon Taylor. (DSD000635) | | X | |
| 138 | 03/00/09 | 2008 Salmon Spawner Surveys Kelsey Creek, West Tributary, Richards Creek and Coal Creek prepared for the City of Bellevue Contracting Services by The Watershed Company. | | X | |
| 139 | 03/02/09 | E-mail from Catherine Drews to Lacey Madche and Thomas Campbell. (DSD001883-1885) | | | X |
| 140 | 03/10/09 | Letter from Roger Urbaniak to William Weinstein. | | X | |
| 141 | 03/17/09 | E-mail from Sharon Taylor to Lacey Madche. (DSD001263-1264) | | | X |
| 142 | 03/23/09 | Letter from Lacey Madche to David Bricklin, Lawrence Kahn and Spencer Hall. | X | | |

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---|---|---|---|---|---|
| 143 | 03/30/09 | E-mail from Catherine Drews to Lacey Madche and Mike Brennan. (DSD000676-678) | | | X |
| 144 | 03/30/09 | E-mail from Mike Brennan to Dennis Vidmar, Lacey Madche, Carol Helland, Catherine Drews and Lori Riordan. (DSD000067-69) | | | X |
| 145 | 03/30/09 | E-mail from Michael Paine to Carol Orr and David Pyle. (DSD000036) | | X | |
| 146 | 03/31/09 | E-mail from Thomas Campbell to Doug Fox, Michael Paine and Thomas McFarlane. (DSD001502) | | | X |
| 147 | 04/01/09 | Letter from Tom Campbell to David Bricklin and Spencer Hall. | X | | |
| 148 | 04/24/09 | E-mail from Lacey Madche to Lori Riordan. (DSD001309-1310) | | | X |
| 149 | 04/30/09 | E-mail from Lacey Madche to Thomas Campbell. (DSD001784) | | | X |
| 150 | 04/30/09 | E-mail from Lacey Madche to Cheryl Zakrzewski. (DSD001157-1158) | | | X |
| 151 | 04/30/09 | E-mail from Dennis Vidmar to Wes Jorgenson. (DSD002719) | | | X |
| 152 | 06/04/09 | Letter from Arthur Claflin to Grant Degginger. | | X | |
| 153 | 06/05/09 | Letter from Leah Hyatt to David Bricklin. | | X | |
| 154 | 07/24/09 | Letter from Cheryl Zakrzewski to Arthur Claflin. | | X | |
| 155 | 07/27/09 | Letter from Arthur Claflin to Cheryl Zakrzewski. | | X | |
| 156 | 07/31/09 | Letter from Cheryl Zakrzewski to Arthur Claflin. | | X | |

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|------|------|------|
| 157 | 08/04/09 | Letter from Arthur Claflin to Cheryl Zakrzewski. | | X | |
| 158 | 08/11/09 | Letter from Joanne Nicolai to Arthur Claflin. | | X | |
| 159 | 08/20/09 | Letter from Tom Campbell to William Weinstein. | X | | |
| 160 | 08/25/09 | Letter from Arthur Claflin to Bellevue City Clerk. | | X | |
| 161 | 09/04/09 | Letter from Catherine Drews to David Bricklin. | X | | |
| 162 | 09/11/09 | Letter from Spencer Hall to Tom Campbell. | X | | |
| 163 | 09/23/09 | Notice of Civil Violation from Thomas Campbell to William and Leanne Weinstein. | X | | |
| 164 | 09/29/09 | Letter from Patrick Conn to Arthur Claflin. | | X | |
| 165 | 09/29/09 | E-mail from Paul Anderson to Lori Lull. | | | X |
| 166 | | Court Excluded Exhibit | | | |
| 167 | | Court Excluded Exhibit | | | |
| 168 | 01/12/05 | E-mail from Michael Paine to Kit Paulsen. | | X | |
| 169 | 11/15/04 | E-mail from Wayne Daley to Kit Paulsen. | | X | |
| 170 | 11/16/04 | E-mail from Wayne Daley to Kit Paulsen. | | X | |
| 171 | 11/29/04 | E-mail from Wayne Dailey to Kit Paulsen. | | X | |

PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---|---|---|---|---|---|
| 172 | 12/13/04 | Memorandum from Scott Taylor re Proposed Stream Enhancements at the Mount of Coal Creek (Weinstein). | X | | |
| 173 | 04/08/09 | Letter from Spencer Hall to Tom Campbell and Lacey Madche. | X | | |
| 174 | | Court Excluded Exhibit+C39 | | | |
| 175 | 05/15/09 | E-mail from Scott Taylor to Don McQuilliams and Bruce Jensen. | | | X |
| 176 | 10/05/11 | Letter from Michael Brennan to William and Leanne Weinstein. | X | | |
| 177 | 12/05/11 | Letter from Michelle Walker to William Weinstein. | X | | |
| 178 | 12/05/11 | Order of Dismissal in the Matter of a Notice of Civil Violation issued to William & Leanne Weinstein, before the Hearing Examiner for the City of Bellevue. | X | | |
| 179 | 11/21/05 | Photograph of view east over what is now the recently revised pond at 75 Skagit Key. | | | X |
| 180 | 11/21/05 | Photograph of view west across 75 Skagit Key property following recent cleanup. Coal Creek shows to left of photo. | | | X |
| 181 | 11/21/05 | Photograph of view west over 75 Skagit Key property following site cleanup. | | | X |
| 182 | 07/21/05 | Photograph of view west of partially cleared property at 75 Skagit Key. | | | X |
| 183 | 02/21/06 | Photograph of view south showing sandbags along left bank of Coal Creek used to prevent flooding of adjacent property to south. | | | X |
| 184 | 01/25/06 | Photograph of view north from Coal Creek delta showing undefined stream channel prior to streambank and channel stabilization efforts. | | | X |

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---|---|---|---|---|---|
| 185 | 01/25/06 | Photograph of view upstream toward east from Coal Creek delta showing undefined stream channel prior to streambank and channel stabilization efforts. | | | X |
| 186 | 01/25/06 | Additional photograph of view upstream toward east from Coal Creek delta showing undefined stream channel prior to streambank and channel stabilization efforts. | | | X |
| 187 | 10/12/09 | Photograph (timestamp 15:38). | | | X |
| 188 | 10/12/09 | Photograph (timestamp 15:41). | | | X |
| 189 | 10/12/09 | Photograph (timestamp 15:38). | | | X |
| 190 | 10/12/09 | Photograph (timestamp 15:45) | | | X |
| 191 | 10/12/09 | Photograph (timestamp 15:45) | | | X |
| 192 | 10/06/11 | Photograph of view west across modified pond at 75 Skagit Key property. | | | X |
| 193 | 10/06/11 | Photograph of view west across modified pond and adjacent landscaping west of residence at 75 Skagit Key. | | | X |
| 194 | 10/06/11 | Photograph of view west across revised pond showing native emergent and upland plants. Pond filled to maximum depth of 30 inches versus original pond depth of 54 inches. | | | X |
| 195 | 10/06/11 | Photograph of view west showing north artificial stream. Recirculation of water through this stream feature is part of the water treatment system formerly used for salmon enhancement. | | | X |
| 196 | 10/06/11 | Photograph of view toward northeast across pond showing native emergent plantings along pond edge. | | | X |

14

PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but Not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|---|---|---|
| 197 | 10/06/11 | Photograph of view to northwest showing area of deck removal and native plantings at SE corner of residence at 75 Skagit Key. | | | X |
| 198 | 10/06/11 | Photograph of waterfall at east end of former southern artificial stream. Area to west has been restored with native plant species following removal of the stream and salmon egg hatching box. | | | X |
| 199 | 10/06/11 | Photograph of waterfall at east end of former south artificial stream extending along south side of residence at 75 Skagit Key property. Former stream channel extending west from waterfall has been removed and the area restored with native landscaping. | | | X |
| 200 | 10/06/11 | Photograph of view west of Coal Creek at Lake Washington. Completed Phase 1 and 2 channel and streambank stabilization project. | | | X |
| 201 | 10/06/11 | Additional photograph of view west of Coal Creek at Lake Washington. Completed Phase 1 and 2 channel and streambank stabilization project. | | | X |
| 202 | 10/06/11 | Photograph of streambank and channel stabilization, left bank Coal Creek with large woody material, coir soil lifts, and willow cuttings. | | | X |
| 203 | 10/06/11 | Photograph of view east showing recently completed streambank and channel stabilization project along left bank of Coal Creek. | | | X |
| 204 | 10/06/11 | Photograph of view east along south side of residence at 75 Skagit Key showing area where south artificial stream has been removed and restored with native plantings. | | | X |
| 205 | 10/06/11 | Photograph of access to vault near waterfall at southeast corner of 75 Skagit Key property. | | | X |
| 206 | 10/06/11 | Photograph of view inside north water treatment vault. Treatment includes an ultra-violet purification system and sediment filtration. | | | X |

## PLAINTIFFS' TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---|---|---|---|---|---|
| 207 | 10/06/11 | Photograph of view inside of water treatment/distribution vault near waterfall at southeast corner of 75 Skagit Key property. | | | X |
| 208 | 10/06/11 | Photograph of controls for water recirculation and treatment at southeast corner of property near waterfall. | | | X |
| 209 | 10/06/11 | Photograph of view west along south side of residence at 75 Skagit Key showing landscape restoration over former south artificial stream. | | | X |
| 210 | 10/06/11 | Photograph of view toward northwest across log weirs installed at west end of modified pond. Note dense growth of small-fruited bulrush between weir logs. | | | X |
| 211 | 07/28/04 | Defendant's Response regarding Settlement Agreement. | X | | |
| 212 | 10/28/04 | Agreed Order of Dismissal. | | | |
| 213 | 07/07/04 | Proposed Settlement Deal Points from 7/7/04 Mediation Session. | | | |

CITY OF BELLEVUE'S TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|---|---|---|
| 301 | 06/07/01 | Letter from David Bricklin to Michael Paine regarding Yonich PADE. | | X | |
| 302 | 06/13/00 | Letter with enclosure from B-Twelve Associates to John Yonich. | | X | |
| 303 | 11/13/01 | Letter to David Bricklin from Carol Helland re Yonich Property. | | X | |
| 304 | 11/27/01 | Letter from David Bricklin to Carol Helland re Yonich Property. | | X | |
| 305 | 06/25/02 | Hearing Examiner decision on Yonich PADE. | | X | |
| 306 | | Yonich PADE disturbance Area. | | X | |
| 307 | 11/06/01 | Email from Sandra LaMontagne to Gough, McFarlane, Helland, Scott Taylor, Jorgenson, Paine and McArdle re 73 Skagit Key and the infilling of the delta at the end of coal creek. | | X | |
| 308 | 01/10/02 | Letter from S. LaMontagne to W. Weinstein regarding code violations and stop work notice. | | X | |
| 309 | 03/28/01 (sic) | Letter from Mary Jo McArdle to William Weinstein regarding riparian corridor protected area restoration on 73 Skagit Key. | | X | |
| 310 | 07/12/04 | Weinstein Property 2004 Wetland and Buffer Monitoring Report. | | X | |
| 311 | 01/10/03 | Letter from W. Weinstein to M. Paine. | | X | |
| 312 | 01/27/03 | Letter from M. Paine to W. Weinstein re: Our meeting of January 10. | | X | |
| 313 | 06/11/04 | Fax from Joe Rochelle enclosing a redlined version of the Coal Creek: Proposed Settlement Deal Points. | | X | |

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|---|---|---|
| 314 | 07/07/04 | Proposed Settlement Deal Points from 7/7/04 Mediation Session. (S. Taylor Ex. 4) | X | | |
| 315 | 12/28/04 | Transmittal letter from W. Daley to W. Weinstein attaching letter dated 12/27/2004 with enclosure from W. Daley to S. Powell re request for a Pre-application Review. | | X | |
| 316 | 12/28/04 | Email from S. Buckel to Daley Design re Option 6 – revised from WSW. | X | | |
| 317 | 06/27/05 | Department of Planning & Community Development Code Compliance File: CG 05-124160SSL – Clearing in Protected Area. | | X | |
| 318 | 01/05/05 | Memo from Thomas Mueller re Coal Creek Fisheries Enhancement Project. | | X | |
| 319 | 02/18/05 | Letter from M. Paine to W. Daley re Wetland Reporting for 75 Skagit Key. | X | | |
| 320 | 07/13/05 | Email string from W. Weinstein to B. Way re TC McLeod. | X | | |
| 321 | 07/23/05 | Email string from W. Weinstein to B. Way re Creek and pond enhancement at 73/75 Skagit Key. | X | | |
| 322 | 08/16/06 | Letter from W. Way to L. Hiatt with enclosure regarding response to Muckleshoot tribe questions. | X | | |
| 323 | 08/22/05 | Email from J. Gough to Berens, Helland, and Paine re: Weinstein clearing (with attached photos). | | X | |
| 324 | 08/23/05 | Email from M. Paine to Gough, Berens and Helland re: Weinstein clearing. | | X | |
| 325 | 08/23/05 | Email from M. Paine to C. Helland re: Weinstein Monitoring Report. | | X | |
| 326 | 08/23/05 | Fax with enclosures from W. Weinstein to D. Bricklin Stop Work Order. | | X | |

# CITY OF BELLEVUE'S TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|:---:|:---:|:---:|
| 327 | 10/13/05 | Letter from H. Mortensen to W. Weinstein re: Wetland Delineation and Stream Location Survey. | X | | |
| 328 | 10/14/05 | Email string from W. Weinstein to B. Way re 05-262 – Yonich Site. | X | | |
| 329 | 10/20/05 | Email from W. Weinstein to G. Osterback re 05-262 – Yonich Site. | X | | |
| 330 | 10/20/05 | Fax from W. Weinstein to B. Way enclosing Findings of Fact, Conclusions of Law and Decision. | X | | |
| 331 | 10/21/05 | Email string from W.Weinstin to B. Way re house footprint at 75 Skagit Key. | X | | |
| 332 | 11/29/05 | Residential Building Permit Application (75 Skagit Key). | X | | |
| 333 | 12/08/05 | Proposed site plan. | X | | |
| 334 | 01/05/06 | Letter from W. Chapman to C. Helland regarding CCSP draft EIS. | X | | |
| 335 | 01/24/06 | Email string between Michael Payne and J. Gough. | | X | |
| 336 | 02/09/06 | Email string from B. Way to W. Weinstein and W. Weinstein to L. Rotramel. | X | | |
| 337 | 03/24/06 | Memo from D. Nickels to B. Way and A. Myers. | X | | |
| 338 | 06/02/06 | Parcel Development and Natural Areas Enhancement Plan sheets CL1 through CL7 of 7. | | X | |
| 339 | 06/02/06 | Coal Creek Salmon Channel Enhancement Plan, sheets CS1 through CS 7 of 7. | | X | |
| 340 | | Pages of the Plans stamped for issuance of building permit for house on 75 Skagit Key and required conditions. | | X | |

# CITY OF BELLEVUE'S TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity | Admissibility & |
|---------|------|-------------|:---:|:---:|:---:|:---:|
| 341 | 08/16/06 | B. Way answers to Muckelshoot questions. | X | | | |
| 342 | 02/22/08 | Memo from B. Way to B. Weinstein re options and constraints. | X | | | |
| 343 | | Wetland Buffer Enhancement Plan | | X | | |
| 344 | 03/31/08 | Letter from Roger Urbaniak to Greg Johnston re 75 Skagit Key. | X | | | |
| 345 | 04/07/08 | Letter from Roger Urbaniak to Doug Hatfield and Darren Combs re Incubator Report 2007/8. | X | | | |
| 346 | 12/10/08 | Draft 75 Skagit Key Discrepancy Report. | | X | | |
| 347 | 03/05/09 | Letter from Roger Urbaniak to Doug Hatfield re Incubator Report 2008-9. | X | | | |
| 348 | 11/20/09 | Letter from C. Drews to R. Hill regarding pre-application meeting | X | | | |
| 349 | 12/21/09 | Email string between C. Drews and R. Hill. | X | | | |
| 350 | 02/22/10 | Letter from R. Hill to C. Drews. | X | | | |
| 351 | 02/22/10 | "Salmon Habitat Enhancement Project LUC 20.25H.055 Critical Areas Report." | X | | | |
| 352 | 03/26/10 | Letter from W. Shiels to M. Paine. | X | | | |
| 353 | 05/10/10 | Letter from M. Paine with enclosure to B. Shields. | X | | | |
| 354 | 06/15/11 | Letter from S. Hall to C. Zakrzewski. | X | | | |
| 355 | 06/23/10 | Voluntary Correction Agreement. | X | | | |

## CITY OF BELLEVUE'S TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|---|---|---|
| 356 | 02/24/11 | Email from T. Campbell to M. Brennan. | | X | |
| 357 | 06/13/11 | Letter from S. Hall to C. Zakrzewski. | X | | |
| 358 | 06/21/11 | Letter from C. Zakrzewski to S. Hall. | X | | |
| 359 | 06/27/11 | Letter from W. Shiels to M. Paine and T. McFarlane. | X | | |
| 360 | 08/09/11 | Letter from W. Shiels to M. Paine with enclosures. | X | | |
| 361 | 08/18/11 | Letter from W. Shiels to M. Paine with enclosure. | X | | |
| 362 | 10/05/11 | City sign off on the VCA. | X | | |
| 363 | 12/07/09 | Photographs taken by Don E. Weitkamp. | | X | |
| 364 | 07/21/05 | Photographs produced by William Way. | | X | |
| 365 | 08/19/05 | Photographs produced by William Way. | | X | |
| 366 | 11/22/05 | Photographs produced by William Way. | | X | |
| 367 | 02/15/06 | Photographs produced by William Way. | | X | |
| 368 | 02/22/06 | Photographs produced by William Way. | | X | |
| 369 | 05/09/06 | Photographs produced by William Way. | | X | |
| 370 | 07/24/07 | Photographs produced by William Way. | | X | |

CITY OF BELLEVUE'S TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity | Objection to Authenticity & Admissibility |
|---------|------|-------------|---|---|---|---|
| 371 | 07/25/07 | Photographs produced by William Way. | | X | | |
| 372 | 10/30/07 | Photographs produced by William Way. | | X | | |
| 373 | 12/11/07 | Photographs produced by William Way. | | X | | |
| 374 | 02/14/08 | Photographs produced by William Way. | | X | | |
| 375 | 04/03/08 | Photographs produced by William Way. | | X | | |
| 376 | | Bellevue Land Use Code - partial listing of ordinances re amendments. | | X | | |
| 377 | | Bellevue Land Use Code Part 20.25H (in effect in 2002). | | X | | |
| 378 | | Bellevue Land Use Code Part 20.30P (in effect in 2002). | | X | | |
| 379 | | Bellevue Land Use Code Part 20.25H (in effect in 2006). | | X | | |
| 380 | | Bellevue City Code 1.18.050 (in effect in 2008). | | X | | |
| 381 | | Bellevue City Code 23.76.035 (current). | | X | | |
| 382 | | Bellevue City Code 23.76.150 (current). | | X | | |
| 383 | | Bellevue Land Use Code 20.40.450 (in effect in 2008). | | X | | |
| 384 | | Bellevue Land Use Code 20.40.450 (in effect in 2002). | | X | | |
| 385 | | Bellevue Land Use Code 20.50.032 (in effect in 2008). | | X | | |

# CITY OF BELLEVUE'S TRIAL EXHIBITS

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|--------------------------|-----------------------------------------------|-------------------------------------------|
| 386 | | Bellevue Land Use Code Definitions (in effect in 2008). | | X | |
| 387 | | LUC 20.10.440 and Bellevue Land Use Code Use Charts (in effect in 2008). | | X | |
| 388 | 11/05/08 | Land Use Permit Signature Authority with attachments. | | X | |
| 389 | 06/27/05 | Ortho-photo 75 Skagit Key. | | X | |
| 390 | 06/27/05 | Ortho-photo 73 Skagit Key, 75 Skagit Key, & Newport Yacht Club D Dock. | | X | |
| 391 | 07/01/05 | Ortho-photo 75 Skagit Key. | | X | |
| 392 | 07/01/05 | Ortho-photo 73 Skagit Key, 75 Skagit Key, & Newport Yacht Club D Dock. | | X | |
| 393 | 09/02/09 | 2001 Ortho-photo with Wetland Delineations. | | X | |
| 394 | 12/31/09 | 2009 Ortho-photo with Wetland Delineations. | | X | |
| 395 | 10/08/08 | Landscape Plan by Sterling Landscaping Inc. (75 Skagit Key). | X | | |
| 396 | 01/01/10 | Evaluation Salmon Habitat Value Weinstein Property 75 Skagit Key by Don E. Weitkamp Ph.D. | | X | |
| 397 | | Bellevue City Code 1.18.020 Definitions (current). | | X | |
| 398 | | Bellevue Land Use Code 20.10.420. | | X | |
| 399 | | Bellevue Land Use Code Part 20.30K. | | X | |
| 400 | | Bellevue Land Use Code Chapter 1.18. | | X | |

23

**CITY OF BELLEVUE'S TRIAL EXHIBITS**

| EXHIBIT | DATE | DESCRIPTION | Admissibility Stipulated | Authenticity Stipulated but not Admissibility | Objection to Authenticity & Admissibility |
|---------|------|-------------|------|------|------|
| 401 | | Bellevue Land Use Code Part 20.30.P. | | X | |
| 402 | | Bellevue Land Use Code Chapter 20.35. | | X | |

24