Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEWPORT YACHT CLUB, a Washington nonprofit corporation, individually and on behalf of its members; WILLIAM S. WEINSTEIN and LEANNE C. WEINSTEIN, and their marital community,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF BELLEVUE, a Washington corporation,<br><br>Defendants. | NO. C09-0589-MJP<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE FORM OF BOND AND TO STAY EXECUTION PENDING APPEAL |

This matter came on for hearing on Plaintiffs' Motion To Approve Form of Bond and to Stay Execution Pending Appeal and the Court having reviewed the motion and the records and files herein and it appearing that the motion should be granted; now, therefore,

IT IS ORDERED that the proposed form of bond is approved and that any and all proceedings to execute on or enforce this Court's Judgment in a

1  Civil Case dated May 10, 2012 shall be stayed pending appeal as provided in

2  Fed. R. Civ. P. 62.

        DATED this 24th day of July, 2012.

                                        _____
                                        Marsha J. Pechman
                                        United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO
APPROVE FORM OF BOND AND STAY
EXECUTION PENDING APPEAL - 2